# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MCSHANE SUTTON, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE BRYN MAWR TRUST COMPANY, | : | No. 19-2420 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **27th** day of **October 2022**, after consideration of Defendant The Bryn Mawr Trust Company's Motion for Summary Judgment (ECF 30), Plaintiff Michael McShane Sutton's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment (ECF 31), and Defendant's Reply in Support of its Motion for Summary Judgment (ECF 32), it is hereby **ORDERED** that:

1. Defendant's Motion (ECF 30) is **GRANTED**.
2. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**